

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00254-CV

Charles J. **MELNIK**,
Appellant

v.

Dewayne **BALDWIN**, Tonia Baldwin,
Appellees

From the County Court at Law No. 1, Guadalupe County, Texas
Trial Court No. 2018-CV-0012
Honorable Robin V. Dwyer, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellees Dewayne and Tonia Baldwin recover their costs of this appeal from appellant Charles Melnik.

SIGNED June 5, 2019.

_____
Rebeca C. Martinez, Justice